UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IBRAHIM ABDULAHI,<br><br>   Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.<br>WAL-MART STORES, INC., and<br>WAL-MART STORES EAST, L.P.,<br><br>   Defendants. | Civil Action File No.<br>1:12-CV-04330-SCJ |

**PLAINTIFF'S RENEWED MOTION FOR SANCTIONS
FOR SPOLIATION OF EVIDENCE AND BRIEF IN SUPPORT**

Plaintiff Ibrahim Abdulahi hereby renews his *Motion for Sanctions for Spoliation of Evidence and Brief in Support* [Doc. 49]. As previously set forth, sanctions are warranted because of Wal-Mart's willful and admitted destruction of critical video evidence related to Mr. Abdulahi's retaliation claims against Wal-Mart. Wal-Mart claims that it terminated Mr. Abdulahi because Store Manager Demetrius Jackson determined that Mr. Abdulahi left the entrance to the store's Garden Center unlocked overnight. Mr. Jackson testified that he formed his belief by reviewing surveillance footage, which showed the gate unlocked. However, Wal-Mart has destroyed that footage, and therefore has

destroyed the best evidence that could be used to resolve the central dispute in this case, *i.e.*, whether Mr. Jackson in fact observed the gate unlocked on the video, and therefore whether he in fact believed Mr. Abdulahi was guilty of same.

Plaintiff requests the following relief:

1. Strike Wal-Mart's defense that it terminated Mr. Abdulahi for legitimate, non-retaliatory reasons;

2. Issue a jury instruction that destruction of the video footage creates a presumption that Wal-Mart's stated reasons for terminating Mr. Abdulahi was pretextual and that retaliation was the but-for cause of Mr. Abdulahi's termination; and

3. Issue an award of all costs and fees (including attorneys' fees) incurred by Mr. Abdulahi because of Wal-Mart's destruction of the video footage, including the attorneys' fees expended up through and including the conclusion of trial.

Plaintiff previously filed this motion on January 14, 2014. [Doc. 49]. In her Report and Recommendation, Magistrate King deferred ruling on the merits of the motion, finding that the trial judge was is in the best position to rule on the Motion, to wit:

> If Plaintiff's motion for sanctions for spoliation of evidence were granted, it appears that an appropriate sanction would be a jury instruction on spoliation which raises a presumption against Defendant at trial. Because the instruction would be given by the trial court, the undersigned finds that the trial court is the proper court to address Plaintiff's motion in connection with conducting the trial, if any, in this case.

-3-

[Doc. 52 at 6].

Therefore, Plaintiff hereby renews his Motion. Plaintiff incorporates by reference his previous brief in support of said motion. [Doc. 49].

Plaintiff further states that this issue has already been fully briefed by the parties, and requests that no further briefing be allowed.

Submitted this 4th day of August, 2014.

/s/ James E. Radford, Jr.
JAMES E. RADFORD, JR.
Georgia Bar No. 108007
CALEB GROSS
Georgia Bar No. 960323

James Radford, LLC
545 N. McDonough Street
Suite 212
Decatur, GA 30030
james@jamesradford.com
caleb@jamesradford.com
Telephone: (678) 369-3609

## CERTIFICATE OF COMPLAINCE WITH LOCAL RULES

Pursuant to Local Rules 5.1(C) and 7.1(D), I certify that the foregoing motion was prepared in Book Antiqua 13-point font.

Submitted this 4th day of August, 2014.

                                           **JAMES RADFORD, LLC**

                                           /s/ James E. Radford, Jr.
                                           James E. Radford, Jr.
                                           Georgia Bar No. 108007

## CERTIFICATE OF SERVICE

This is to certify that on August 4, 2014, a copy of **Plaintiff's Renewed Motion for Sanctions for Spoliation of Evidence and Brief in Support** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

**JAMES RADFORD, LLC**

/s/ James E. Radford, Jr.
James E. Radford, Jr.
Georgia Bar No. 108007
