# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IBRAHIM ABDULAHI,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.<br>WAL-MART STORES, INC., and<br>WAL-MART STORES EAST, L.P.,<br><br>    Defendants. | Civil Action File No.<br>1:12-CV-04330-SCJ-JFK |

## DECLARATION OF JAMES RADFORD

COMES NOW James Radford and states the following based upon his own personal knowledge.

1.

My name is James Radford. I have served as lead counsel for the Plaintiff, Ibrahim Abdulahi, in the above-captioned matter. I give this declaration in support of Plaintiff's Motion for Sanctions for Spoliation of Evidence ("Motion").

2.

I presently have a general trial practice with specialization in discrimination, constitutional, and civil rights law. I have regularly practiced in

Page 1

those specialized areas since being admitted to the bar in September of 2007. I employ a full-time Associate Attorney (Caleb Gross) and Paralegal (Keith Berry).

3.

With respect to the instant case, I have devoted considerable time and effort to the case, including a great deal of work conducting discovery in the case and litigating various Motions filed by defense counsel in order to get the case to trial.

4.

An itemized statement of all time and expenses incurred in the case after the filing of Defendant's Initial Disclosures is attached as Exhibit A. I have independently reviewed this statement, and it is a true and accurate statement of the attorney time attributable to me and to the attorneys working under my supervision.

5.

I can also attest to the accuracy of the time recorded by my paralegal, Keith Berry, as I closely supervised his work and monitored the time spent by him as recorded in Exhibit A. I can personally attest that his hourly rate of $75 is well within the fair market value for litigation paralegals in the Atlanta Metro area.

6.

I can state that all of these fees and expenses were reasonable and necessary. In fact, my time may be under-reported, because I tend to be overly conservative in recording my own time.

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT AND BASED ON MY OWN PERSONAL KNOWLEDGE.

This October 23, 2014.

_____
JAMES RADFORD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IBRAHIM ABDULAHI,

    Plaintiff,

v.

WAL-MART ASSOCIATES, INC.
WAL-MART STORES, INC., and
WAL-MART STORES EAST, L.P.,

    Defendants.

Civil Action File No.
1:12-CV-04330-SCJ-JFK

## DECLARATION OF WILLIAM CALEB GROSS

COMES NOW William Caleb Gross and states the following based upon his own personal knowledge.

1.

My name is William Caleb Gross. I have served as counsel for the Plaintiff, Ibrahim Abdulahi, in the above-captioned matter. I give this declaration in support of Plaintiff's Motion for Sanctions for Spoliation of Evidence ("Motion").

2.

I am an associate of James Radford, LLC. We have a general trial practice with specialization in discrimination, constitutional, and civil rights law. I was

admitted to the bar in 2011.

3.

With respect to the instant case, I have devoted considerable time and effort to the case. An itemized statement of all time and expenses incurred in the case after the filing of Defendant's Initial Disclosures is attached as Exhibit A. I have independently reviewed this statement, and it contains a true and accurate statement of the attorney time attributable to me.

4.

I can state that all of these fees and expenses were reasonable and necessary.

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT AND BASED ON MY OWN PERSONAL KNOWLEDGE.

This October 23, 2014.

/s/Caleb Gross
WILLIAM CALEB GROSS

**Radford & Keebaugh, LLC**
545 N. McDonough St
Suite 212
Decatur, GA 30030

# INVOICE

**Abdulahi, Ibrahim**

PRE-BILL

### Invoice 20017

| | |
|---|---|
| **Date** | Oct 23, 2014 |
| **Terms** | N/A |
| **Service Thru** | Oct 23, 2014 |

**In Reference To: Abdulahi v. Wal Mart (Labor)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 03/20/2013 | JR | Review, revise, finalize 1st written discovery requests | 2.00 | $ 350.00/hr | $ 700.00 |
| 03/20/2013 | WCG | Drafted ROGS | 1.20 | $ 275.00/hr | $ 330.00 |
| 03/20/2013 | WCG | Drafted RPDs | 0.80 | $ 275.00/hr | $ 220.00 |
| 03/21/2013 | WCG | Drafted and filed COS for ROGS and RPDs | 0.40 | $ 275.00/hr | $ 110.00 |
| 03/21/2013 | WCG | Prepared and mailed ROGS and RPDs | 0.20 | $ 275.00/hr | $ 55.00 |
| 03/21/2013 | WCG | Called all witnesses per numbers provided by client. | 0.20 | $ 275.00/hr | $ 55.00 |
| 03/26/2013 | WCG | Phone call with client's former co-worker, Conner, re: client's time at Wal Mart, various managers. | 0.40 | $ 275.00/hr | $ 110.00 |
| 03/26/2013 | WCG | Drafted witness memo based on conversation with witness, Connor. | 0.40 | $ 275.00/hr | $ 110.00 |
| 05/10/2013 | JR | Review and annotate documents produced by Defendants | 4.40 | $ 350.00/hr | $ 1,540.00 |
| 05/13/2013 | JR | Review documents produced by Defendants | 3.50 | $ 350.00/hr | $ 1,225.00 |
| 05/16/2013 | KB | Correspondence with clients re: preparing discovery responses | 0.40 | $ 75.00/hr | $ 30.00 |
| 05/20/2013 | KB | Begin drafting basic responses to Dfts discovery | 2.50 | $ 75.00/hr | $ 187.50 |
| 05/27/2013 | KB | Review documents emailed by clients, incorporated into RPD responses | 4.00 | $ 75.00/hr | $ 300.00 |
| 05/28/2013 | KB | Draft RPD responses | 2.00 | $ 75.00/hr | $ 150.00 |
| 05/30/2013 | KB | Meeting with clients to prepare discovery responses | 3.50 | $ 75.00/hr | $ 262.50 |
| 06/06/2013 | KB | Prepare interrogatory responses | 5.00 | $ 75.00/hr | $ 375.00 |
| 06/07/2013 | KB | Prepare interrogatory responses | 2.50 | $ 75.00/hr | $ 187.50 |

**Radford & Keebaugh, LLC**
545 N. McDonough St
Suite 212
Decatur, GA 30030



**Abdulahi, Ibrahim**

**Invoice 20017**

PRE-BILL

| Date | Oct 23, 2014 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Oct 23, 2014 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/10/2013 | JR | Review, revise discovery responses | | 4.60 | $ 350.00/hr | $ 1,610.00 |
| 06/11/2013 | JR | Phone call with client re: additional information for discovery responses | | 0.40 | $ 350.00/hr | $ 140.00 |
| 06/11/2013 | KB | Compile documents, Bates number | | 6.50 | $ 75.00/hr | $ 487.50 |
| 06/12/2013 | KB | Finalize discovery responses, prepare for mailing | | 4.00 | $ 75.00/hr | $ 300.00 |
| 06/28/2013 | JR | Review, annotate additional documents produced by Defendants | | 5.00 | $ 350.00/hr | $ 1,750.00 |
| 07/19/2013 | JR | Review, annotate additional documents produced by Defendants | | 5.50 | $ 350.00/hr | $ 1,925.00 |
| 07/19/2013 | JR | Meeting with client to prepare for deposition | | 4.50 | $ 350.00/hr | $ 1,575.00 |
| 07/22/2013 | JR | Phone call with client to prepare for deposition | | 0.60 | $ 350.00/hr | $ 210.00 |
| 07/23/2013 | JR | Deposition of client | | 7.50 | $ 350.00/hr | $ 2,625.00 |
| 08/12/2013 | JR | Outline for depositions of Ray, Schneider | | 3.50 | $ 350.00/hr | $ 1,225.00 |
| 08/14/2013 | JR | Outline, prepare exhibits for depositions of Ray, Schneider | | 3.40 | $ 350.00/hr | $ 1,190.00 |
| 08/15/2013 | JR | Depositions of Ray, Schneider | | 3.50 | $ 350.00/hr | $ 1,225.00 |
| 08/15/2013 | JR | Outline, prepare exhibits for deposition of Cohen | | 6.00 | $ 350.00/hr | $ 2,100.00 |
| 08/15/2013 | JR | Deposition of Shawn Cohen | | 2.50 | $ 350.00/hr | $ 875.00 |
| 09/04/2013 | JR | Prepare and review documents/exhibits, prepare outline for deposition of Demetrius Jackson | | 6.80 | $ 350.00/hr | $ 2,380.00 |
| 09/05/2013 | JR | Deposition of Demetrius Jackson, meeting with client afterward | | 4.00 | $ 350.00/hr | $ 1,400.00 |
| 10/18/2013 | JR | Review, outline Dfts SJ Motion, Statement of Material Facts | | 3.60 | $ 350.00/hr | $ 1,260.00 |

**Radford & Keebaugh, LLC**
545 N. McDonough St
Suite 212
Decatur, GA 30030



**Abdulahi, Ibrahim**

**PRE-BILL**

**Invoice 20017**

| Date | Oct 23, 2014 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Oct 23, 2014 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/22/2013 | JR | Legal research re: evidence of past performance on pretext analysis | 4.50 | $ 350.00/hr | $ 1,575.00 |
| 10/22/2013 | JR | Legal research re: adverse employment action for prima facie case | 2.40 | $ 350.00/hr | $ 840.00 |
| 10/24/2013 | JR | Memo to file, Meredith Watts, re: legal conclusions from research, strategy for responding to SJ | 2.40 | $ 350.00/hr | $ 840.00 |
| 10/25/2013 | JR | Meeting with Meredith Watts re: outline and overall strategy for SJ motion | 1.30 | $ 350.00/hr | $ 455.00 |
| 11/04/2013 | JR | Phone call with client to prepare affidavit for SJ response | 0.80 | $ 350.00/hr | $ 280.00 |
| 11/05/2013 | JR | Draft client affidavit, send to client for review | 1.40 | $ 350.00/hr | $ 490.00 |
| 11/05/2013 | JR | phone call with client re revisions to affidavit | 0.30 | $ 350.00/hr | $ 105.00 |
| 11/15/2013 | JR | Review, revise SJ Response Brief, SMF | 6.40 | $ 350.00/hr | $ 2,240.00 |
| 11/18/2013 | JR | finish affidavit, transmit to client for review and signature | 0.30 | $ 350.00/hr | $ 105.00 |
| 11/19/2013 | JR | Review, revise SJ brief, SMF, legal research for same | 6.40 | $ 350.00/hr | $ 2,240.00 |
| 11/20/2013 | JR | Revise, finalize SJ response materials, compile exhibits and file with court | 5.00 | $ 350.00/hr | $ 1,750.00 |
| 12/12/2013 | JR | Review, outline dfts reply re: SJ motion, Dfts. Motion to strike affidavit | 1.70 | $ 350.00/hr | $ 595.00 |
| 12/12/2013 | JR | Phone call with Meredith Watts re Response to Motion to Strike Affidavit | 0.40 | $ 350.00/hr | $ 140.00 |
| 12/23/2013 | JR | Review, revise motion to strike affidavit, finish and file with court | 0.40 | $ 350.00/hr | $ 140.00 |
| 01/10/2014 | JR | Review dfts reply re: motion to strike affidavit, phone call with Meredith Watts re: same | 0.80 | $ 350.00/hr | $ 280.00 |

**Radford & Keebaugh, LLC**
545 N. McDonough St
Suite 212
Decatur, GA 30030



**Abdulahi, Ibrahim**

# PRE-BILL

**Invoice 20017**

| Date | Oct 23, 2014 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Oct 23, 2014 |

| | | | | | |
|---|---|---|---|---|---|
| 01/13/2014 | JR | Legal research re: comparator cases with Wal-Mart, sanction for spoliation | 1.10 | $ 350.00/hr | $ 385.00 |
| 01/14/2014 | JR | Review, revise spoliation motion | 2.20 | $ 350.00/hr | $ 770.00 |
| 02/03/2014 | JR | Review, outline WM response to spoliation motion, phone call with Meredith Watts re: same | 1.40 | $ 350.00/hr | $ 490.00 |
| 02/13/2014 | JR | Review, revise reply brief re: spoliation motion | 1.40 | $ 350.00/hr | $ 490.00 |
| 04/28/2014 | WCG | R, R Mag Report on MSJ | 0.50 | $ 275.00/hr | $ 137.50 |
| 04/28/2014 | JR | Review, outline Magistrate's R&R | 1.80 | $ 350.00/hr | $ 630.00 |
| 04/28/2014 | JR | Phone calls with client, MW re: magistrate's report | 0.60 | $ 350.00/hr | $ 210.00 |
| 05/13/2014 | JR | Review, outline dfts objections re: magistrate's report | 1.50 | $ 350.00/hr | $ 525.00 |
| 05/16/2014 | JR | legal research re: cases cited by dfts in objections to magistrate's report | 2.40 | $ 350.00/hr | $ 840.00 |
| 05/16/2014 | JR | meeting and emails with Meredith Watts re: responding to R&R objections | 2.00 | $ 350.00/hr | $ 700.00 |
| 05/26/2014 | JR | review, revise response to Dfts objections to magistrate's R&R | 3.80 | $ 350.00/hr | $ 1,330.00 |
| 05/28/2014 | JR | finish and file response to dfts objections to R&R | 3.80 | $ 350.00/hr | $ 1,330.00 |
| 06/16/2014 | JR | Review Dfts Motion for new evidence, materials in support | 1.50 | $ 350.00/hr | $ 525.00 |
| 06/16/2014 | JR | review reply brief re objections to R&R | 0.30 | $ 350.00/hr | $ 105.00 |
| 06/17/2014 | JR | legal research re propriety of "new evidence" and reply to R&R objections | 2.20 | $ 350.00/hr | $ 770.00 |
| 06/18/2014 | JR | draft motion to strike reply brief | 3.00 | $ 350.00/hr | $ 1,050.00 |
| 06/27/2014 | JR | draft motion to strike reply brief | 1.20 | $ 350.00/hr | $ 420.00 |
| 06/27/2014 | JR | draft motion to strike new evidence | 3.50 | $ 350.00/hr | $ 1,225.00 |

**Radford & Keebaugh, LLC**
545 N. McDonough St
Suite 212
Decatur, GA 30030



**Abdulahi, Ibrahim**

**Invoice 20017**

| Date | Oct 23, 2014 |
|---|---|
| **Terms** | N/A |
| **Service Thru** | Oct 23, 2014 |

PRE-BILL

| | | | | | |
|---|---|---|---|---|---|
| 06/28/2014 | JR | Draft response to motion to submit new evidence, motion to strike reply brief, sur-reply | 8.40 | $ 350.00/hr | $ 2,940.00 |
| 06/30/2014 | JR | Finish and file response to motion to submit new evidence, motion to strike reply brief, sur-reply | 2.00 | $ 350.00/hr | $ 700.00 |
| 07/31/2014 | JR | Review court's final order denying SJ | 1.20 | $ 350.00/hr | $ 420.00 |
| 08/04/2014 | JR | Phone call with Meredith Watts re: renewing motion for sanctions; draft and file renewed sanctions motion | 1.50 | $ 350.00/hr | $ 525.00 |
| 08/04/2014 | JR | Phone call with client re SJ Order, strategy going forward | 0.40 | $ 350.00/hr | $ 140.00 |
| 08/21/2014 | JR | Call with opposing counsel re pre-trial order | 0.50 | $ 350.00/hr | $ 175.00 |
| 09/03/2014 | WCG | Began Draft of PTO. | 1.50 | $ 275.00/hr | $ 412.50 |
| 09/04/2014 | WCG | Review, revise PTO | 2.00 | $ 275.00/hr | $ 550.00 |
| 09/04/2014 | JR | Review, revise PTO, meeting with Caleb Gross re same | 2.00 | $ 350.00/hr | $ 700.00 |
| 09/11/2014 | WCG | R,R, Defendant's portions of PTO. | 0.60 | $ 275.00/hr | $ 165.00 |
| 09/12/2014 | WCG | Drafted objections to dfts portions of PTO | 2.50 | $ 275.00/hr | $ 687.50 |
| 09/12/2014 | WCG | Made revisions to Plaintiff's portions of PTO in response to some of Defendant's objections. | 1.00 | $ 275.00/hr | $ 275.00 |
| 09/12/2014 | JR | Review, revise PTO | 3.20 | $ 350.00/hr | $ 1,120.00 |
| 10/20/2014 | JR | Prepare outline, review pleadings for argument on motion for spoliation sanctions, pre-trial conference | 5.50 | $ 350.00/hr | $ 1,925.00 |
| 10/21/2014 | JR | prepare for pre-trial conference, argument on spoliation motion | 1.50 | $ 350.00/hr | $ 525.00 |
| 10/21/2014 | JR | Pre-trial conference, hearing on spoliation motion, meeting with client afterward | 2.00 | $ 350.00/hr | $ 700.00 |

**In Reference To: Abdulahi v. Wal Mart (Expenses)**

**Radford & Keebaugh, LLC**
545 N. McDonough St
Suite 212
Decatur, GA 30030

# INVOICE

**Abdulahi, Ibrahim**

## Invoice 20017

PRE-BILL

| | |
|---|---|
| **Date** | Oct 23, 2014 |
| **Terms** | N/A |
| **Service Thru** | Oct 23, 2014 |

| Date | By | Expenses | Amount |
|---|---|---|---|
| 08/27/2013 | JR | Depo costs - JPA Court Reporting | $ 1,201.95 |
| 10/17/2013 | JR | Depo costs - JPA Court Reporting - Demetrius Jackson | $ 381.50 |
| 12/19/2013 | JR | Huseby - Copy of Plaintiff's Deposition | $ 973.15 |

| | |
|---|---|
| **Total Hours** | 209.80 hrs |
| **Total Labor** | $ 64,192.50 |
| **Total Expenses** | $ 2,556.60 |
| **Total Invoice Amount** | $ 66,749.10 |
| **Previous Balance** | **$ 0.00** |
| **Balance (Amount Due)** | **$ 63,749.10** |

**Notes:**

Thank you for your business!

**Payment History:**

| Date | Type | Payment Description | Amount |
|---|---|---|---|
| 12/14/2012 | Payment - Other | Initial cost retainer | ($500.00) |
| 7/19/2013 | Payment - Other | 2nd cost retainer | ($2,500.00) |