# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IBRAHIM ABDULAHI,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC.<br>WAL-MART STORES, INC., and<br>WAL-MART STORES EAST, L.P.,<br><br>    Defendants. | Civil Action File No.<br>1:12-CV-04330-SCJ-JFK |

## DECLARATION OF MEREDITH S. WATTS, ESQ.

I, Meredith S. Watts, state as follows:

1.

My name is Meredith Watts. In September 2013, I entered into an agreement with James Radford, lead counsel in the above-styled case, to provide brief writing services to Mr. Radford on a contract basis to assist with Mr. Radford's representation of Plaintiff Ibrahim Abdulahi. I give this declaration in support of Plaintiff's Motion for Sanctions for Spoliation of Evidence.

2.

I am a 2006 graduate of the University of Georgia School of Law. I joined the Georgia Bar in 2007. Upon graduation from law school, I had a two-year clerkship with the late Honorable G. Ernest Tidwell in the Northern District of Georgia. After my clerkship, I spent the next four years as an associate in the complex litigation and construction practice groups at Troutman Sanders LLP. In 2011, I began my own law firm (Meredith Watts, LLC), providing contract brief writing and trial preparation services to attorneys. Presently I am an associate with the law firm of Slotkin & Caiola, LLC.

3.

I am admitted to practice before the United States District Court for the Northern District of Georgia.

4.

With respect to the above-styled case, I assisted Mr. Radford with the briefing of Mr. Abdulahi's response to Walmart's motion for summary judgment, Mr. Abdulahi's response to Walmart's motion to strike his declaration (filed in support of his response to Walmart's motion for summary judgment), Mr. Abdulahi's motion seeking sanctions against Walmart for spoliation of evidence,

and Mr. Abdulahi's response to Walmart's objections to Judge King's Report and Recommendation.

5.

Itemized statements of all time and expenses I incurred in the case in assisting Mr. Radford with the briefing described in Paragraph 4 is attached as Exhibit A. I have independently reviewed this statement, and it is a true and accurate statement of the attorney time attributable to me at my hourly rate of $325.00 per hour. In total, I spent 155.6 hours on this case. Of this, I spent 43.6 hours briefing the motion for sanctions for spoliation of evidence against Walmart (including the initial brief and the reply brief).

6.

I can state that all of these fees were reasonable and necessary.

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS ARE TRUE AND CORRECT AND BASED ON MY OWN PERSONAL KNOWLEDGE.

This 23rd day of October, 2014.

_____
MEREDITH S. WATTS



EXHIBIT A

Meredith Watts, LLC
1504 Wetherbrooke Xing
Smyrna, GA 30082
(678) 910-0251
meredith@mwattsllc.com

# Invoice

| Date | Invoice No. |
|---|---|
| 12/24/2013 | 1007 |

**Bill To:**
James Radford, LLC
545 N. McDonough Street
Sute 212
Decatur, GA 30030

| Date | Activity | Time | Rate | Amount |
|---|---|---|---|---|
| 9/23/13 | <u>Abdulahi/Wal-Mart</u> – Review and analyze complaint, answer, and depositions of Ibrahim Abdulahi, Stephen Ray, Demetrius Jackson, Michael Schneider, and Shawn Cohen to prepare for response to Walmart's motion for summary judgment | 3.9 | $325.00 | $1,267.50 |
| 10/21/13 | <u>Abdulahi/Wal-Mart</u> – Review and analyze Walmart's motion for summary judgment and statement of material facts; research regarding standard of review at summary judgment for employment discrimination case | 4.4 | $325.00 | $1,430.00 |

| 10/22/13 | Abdulahi/Wal-Mart – Draft response to Walmart's motion for summary judgment; research regarding standard for direct evidence of discrimination under federal law and standard for a "materially adverse" employment action under federal law | 5.4 | $325.00 | $1,755.00 |
| --- | --- | --- | --- | --- |
| 10/28/13 | Abdulahi/Wal-Mart – Continue drafting response to Walmart's motion for summary judgment; research regarding close temporal proximity between events being sufficient to establish causation on retaliation claim and but-for causation and "other evidence" that can show causation | 6.3 | $325.00 | $2,047.50 |
| 11/5/13 | Abdulahi/Wal-Mart – Continue drafting response to Walmart's motion for summary judgment; draft response to Walmart's statement of material facts; research regarding demonstration of pretext under federal law | 3.9 | $325.00 | $1,267.50 |
| 11/6/13 | Abdulahi/Wal-Mart – Continue drafting response to Walmart's motion for summary judgment; continue drafting response to Walmart's statement of material facts | 4.8 | $325.00 | $1,560.00 |
| 11/11/13 | Abdulahi/Wal-Mart – Continue drafting response to Walmart's motion for summary judgment; continue drafting response to Walmart's statement of material facts | 8.1 | $325.00 | $2,632.50 |
| 11/12/13 | Abdulahi/Wal-Mart – Draft declaration of Ibrahim Abdulahi; continue drafting response to Walmart's motion for summary judgment; continue drafting response to Walmart's statement of material facts | 7.6 | $325.00 | $2,470.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 11/13/13 | Abdulahi/Wal-Mart – Continue drafting response to Walmart's motion for summary judgment; continue drafting response to Walmart's statement of material facts | 6.4 | $325.00 | $2,080.00 |
| 11/14/13 | Abdulahi/Wal-Mart – Continue drafting response to Walmart's motion for summary judgment; continue drafting response to Walmart's statement of material facts | 7.8 | $325.00 | $2,535.00 |
| 11/18/13 | Abdulahi/Wal-Mart – Continue drafting response to Walmart's motion for summary judgment; continue drafting response to Walmart's statement of material facts | 6.2 | $325.00 | $2,015.00 |
| 11/19/13 | Abdulahi/Wal-Mart – Continue drafting and revising response to Walmart's motion for summary judgment; continue drafting and revising response to Walmart's statement of material facts; revise declaration of Ibrahim Abdulahi | 8.9 | $325.00 | $2,892.50 |
| 12/10/13 | Abdulahi/Wal-Mart – Review and analyze Walmart's motion to strike declaration of Ibrahim Abdulahi | 1.5 | $325.00 | $487.50 |
| 12/16/13 | Abdulahi/Wal-Mart – Research regarding party's ability to ask that the court strike a declaration under Federal Rules of Civil Procedure, sham affidavit rule, and standard for court to disregard a witness's declaration in federal court | 4.5 | $325.00 | $1,462.50 |
| 12/18/13 | Abdulahi/Wal-Mart – Draft response to Walmart's motion to strike declaration of Ibrahim Abdulahi | 3.0 | $325.00 | $975.00 |

| 12/19/13 | Abdulahi/Wal-Mart – Continue drafting response to Walmart's motion to strike declaration of Ibrahim Abdulahi | 5.5 | $325.00 | $1,787.50 |
|---|---|---|---|---|
| 12/20/13 | Abdulahi/Wal-Mart – Continue drafting response to Walmart's motion to strike declaration of Ibrahim Abdulahi | 3.2 | $325.00 | $1,040.00 |
| 12/22/13 | Abdulahi/Wal-Mart – Continue drafting response to Walmart's motion to strike declaration of Ibrahim Abdulahi | 5.2 | $325.00 | $1,690.00 |
| 12/23/13 | Abdulahi/Wal-Mart – Edit and finalize response to Walmart's motion to strike declaration of Ibrahim Abdulahi | 2.5 | $325.00 | $812.50 |
| | **TOTAL HOURS/EXPENSE** | **99.1** | **$325.00** | **$32,207.50** |



Meredith Watts, LLC
1504 Wetherbrooke Xing
Smyrna, GA 30082
(678) 910-0251
meredith@mwattsllc.com

# Invoice

| Date | Invoice No. |
|---|---|
| 02/15/2014 | 1008 |

**Bill To:**
James Radford, LLC
545 N. McDonough Street
Sute 212
Decatur, GA 30030

| Date | Activity | Time | Rate | Amount |
|---|---|---|---|---|
| 12/13/13 | Abdulahi/Wal-Mart – Research regarding requirements for obtaining sanctions against Wal-Mart for spoliation of evidence under Eleventh Circuit case law | 1.5 | $325.00 | $487.50 |
| 12/30/13 | Abdulahi/Wal-Mart – Research regarding potential sanctions available against Wal-Mart for spoliation of evidence and when Wal-Mart's duty to preserve evidence began | 2.5 | $325.00 | $812.50 |
| 12/31/13 | Abdulahi/Wal-Mart – Research regarding specific cases of imposition of sanctions for spoliation of evidence in employment discrimination cases | 1.1 | $325.00 | $357.50 |
| 1/1/14 | Abdulahi/Wal-Mart – Draft motion for sanctions for spoliation of evidence and brief in support | 3.5 | $325.00 | $1,137.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/2/14 | Abdulahi/Wal-Mart – Draft motion for sanctions for spoliation of evidence and brief in support | 1.9 | $325.00 | $617.50 |
| 1/9/14 | Abdulahi/Wal-Mart – Draft motion for sanctions for spoliation of evidence and brief in support | 3.2 | $325.00 | $1,040.00 |
| 1/10/14 | Abdulahi/Wal-Mart – Draft motion for sanctions for spoliation of evidence and brief in support | 2.5 | $325.00 | $812.50 |
| 1/11/14 | Abdulahi/Wal-Mart – Draft motion for sanctions for spoliation of evidence and brief in support | 1.4 | $325.00 | $455.00 |
| 1/12/14 | Abdulahi/Wal-Mart – Draft motion for sanctions for spoliation of evidence and brief in support | 1.3 | $325.00 | $422.50 |
| 1/13/14 | Abdulahi/Wal-Mart – Draft motion for sanctions for spoliation of evidence and brief in support | 6.3 | $325.00 | $2,047.50 |
| 1/14/14 | Abdulahi/Wal-Mart – Edit and revise motion for spoliation of evidence and brief in support | 1.7 | $325.00 | $552.50 |
| 1/31/14 | Abdulahi/Wal-Mart – Review and analyze Wal-Mart's response to motion for sanctions for spoliation of evidence; telephone conference with James Radford to discuss Wal-Mart's response brief and strategy for reply brief | 1.6 | $325.00 | $520.00 |
| 2/3/14 | Abdulahi/Wal-Mart – Draft reply in support of Abdulahi's motion for sanctions for spoliation of evidence | .9 | $325.00 | $292.50 |
| 2/4/14 | Abdulahi/Wal-Mart – Draft reply in support of Abdulahi's motion for sanctions for spoliation of evidence | .6 | $325.00 | $195.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 2/10/14 | <u>Abdulahi/Wal-Mart</u> – Draft reply in support of Abdulahi's motion for sanctions for spoliation of evidence | 2.5 | $325.00 | $812.50 |
| 2/11/14 | <u>Abdulahi/Wal-Mart</u> – Draft reply in support of Abdulahi's motion for sanctions for spoliation of evidence | 3.2 | $325.00 | $1,040.00 |
| 2/12/14 | <u>Abdulahi/Wal-Mart</u> – Draft reply in support of Abdulahi's motion for sanctions for spoliation of evidence | 3.3 | $325.00 | $1,072.50 |
| 2/13/14 | <u>Abdulahi/Wal-Mart</u> – Draft reply in support of Abdulahi's motion for sanctions for spoliation of evidence | 3.1 | $325.00 | $1,007.50 |
| 2/14/14 | <u>Abdulahi/Wal-Mart</u> – Draft reply in support of Abdulahi's motion for sanctions for spoliation of evidence | 1.5 | $325.00 | $487.50 |
| | **TOTAL HOURS/EXPENSE** | **43.6** | **$325.00** | **$14,170.00** |



Meredith Watts, LLC
1504 Wetherbrooke Xing
Smyrna, GA 30082
(678) 910-0251
meredith@mwattsllc.com

# Invoice

| Date | Invoice No. |
|---|---|
| 6/1/2014 | 1009 |

**Bill To:**
James Radford, LLC
545 N. McDonough Street
Sute 212
Decatur, GA 30030

| Date | Activity | Time | Rate | Amount |
|---|---|---|---|---|
| 5/13/14 | <u>Abdulahi/Wal-Mart</u> – Review and analyze the Report and Recommendation and Wal-Mart's objections to the Report and Recommendation | 1.5 | $325.00 | $487.50 |
| 5/21/14 | <u>Abdulahi/Wal-Mart</u> – Draft response to Wal-Mart's objections to the Report and Recommendation | 2.9 | $325.00 | $942.50 |
| 5/22/14 | <u>Abdulahi/Wal-Mart</u> – Draft response to Wal-Mart's objections to the Report and Recommendation | 3.3 | $325.00 | $1,072.50 |
| 5/26/14 | <u>Abdulahi/Wal-Mart</u> – Draft response to Wal-Mart's objections to the Report and Recommendation | 3.1 | $325.00 | $1,007.50 |

| | | | | |
|---|---|---|---|---|
| 5/28/14 | Abdulahi/Wal-Mart – Draft and revise response to Wal-Mart's objections to the Report and Recommendation | 2.1 | $325.00 | $682.50 |
| | **TOTAL HOURS/EXPENSE** | **12.9** | **$325.00** | **$4,192.50** |